UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER N. ESTEEN                                       CIVIL ACTION

VERSUS                                                                        NO. 14-1265

N. BURL CAIN                                                          SECTION "N"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee or file an application to proceed *in forma pauperis*, failure to comply with the Court's order and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

New Orleans, Louisiana, this 19th day of August, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE